# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 07-1339-HU                                   **Date:** January 28. 2011

**Case Title:** Arch Chemicals, Inc. & Lexington Insurance Company v. Radiator Specialty Company

**Presiding Judge:** Hon. Dennis J. Hubel      **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** Dennis Apodaca

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Thomas Allen | William Earle |
| Shawn Scott | Daniel Mullin |
| Mark Johnson | Paul Xochihua |
| Ryan McLellan | |
| Joseph Rohner | |

**DOCKET ENTRY:**    RECORD OF FINAL PRETRIAL CONFERENCE, DAY TWO, and ORDERS:

Further discussion regarding Plaintiffs' Omnibus Motions in Limine [441], subpart 7 (other accidents/incidents) was held, but rulings reserved for filing of the Pretrial Order. During this discussion, defendant's category listing in re Exhibit #538 marked as Court Exhibit #1; Product Liability Accident Report marked as Court Exhibit #2, and E-mail string between counsel regarding Exhibit #538 marked as Court Exhibit #3.

Further argument held regarding Defendant's Motions in Limine [437], which are granted in part and denied in part, and ruling is reserved, in part, as reflected in the record.

Plaintiffs' Motion for Sanctions pursuant to FRCP 37 [401], in re Dr. Zezulka, is granted in part and denied in part, as set forth on the record.

Plaintiffs' Motion for Sanctions pursuant to FRCP 37 [423], in re Dr. Curran, is granted in part and denied in part, as set forth on the record.

Motion to Dismiss or Grant Partial Summary Judgment Against Lexington Insurance Company's Claim for Unjust Enrichment [420] is granted.

cc: ( ) All counsel                                                                                              DOCUMENT NO: _____
**Civil Minutes**                                                                                    **Honorable Dennis J. Hubel**
**Revised 4/22/98**

The court ruled on the parties' objections to proposed testimony of live witnesses as reflected in the record.

Plaintiffs' Motion in Limine to Exclude Reference to Shadow Trial [485] is granted.

The court reviewed trial procedures to be followed with counsel.

Pretrial Conference is continued to **February 3, 2011, at 9:30 a.m., in Courtroom #9B**.

cc:  ( )  All counsel                                                                   DOCUMENT NO: _____
**Civil Minutes**                                                                       **Honorable Dennis J. Hubel**
**Revised 4/22/98**